UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERICA A. LUNDERVILLE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C08-5382RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER.

(1) The Court adopts the Report and Recommendation.

(2) The matter is therefore REMANDED to the administration for further consideration as directed in the report and recommendation.

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 23rd day of January, 2009.

                    /s/ Ronald B. Leighton
                    RONALD B. LEIGHTON
                    UNITED STATES DISTRICT JUDGE