United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERICA LUNDERVILLE, | ) |
| Plaintiff, | ) CIVIL NO. 3:08-cv-5382 – RBL ) |
| vs. | ) ORDER FOR EAJA FEES, COSTS AND ) EXPENSES ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $2,445.36 and expenses of $1.59 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920. The check for EAJA fees, costs and expenses should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[CIVIL NO. 3:08-cv-5382 – RBL] - 1

Douglas, Drachler & McKee, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

DATED this 11^(TH) day of February, 2009

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[CIVIL NO. 3:08-cv-5382 – RBL] - 2

Douglas, Drachler & McKee, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900