# United States District Court

WESTERN DISTRICT OF WASHINGTON

ERICA A. LUNDERVILLE

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5382RBL

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1.     The Court adopts the Report and Recommendation and

    2.     The matter is therefore REMANDED to the administration for further consideration as directed in the report and recommendation.

    May 26, 2009                                               BRUCE RIFKIN
                                                                                             Clerk

                                                                              /s/ Jennie L. Patton
                                                                                     Deputy Clerk