AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON

ERICA A. LUNDERVILLE

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5382RBL

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

  That Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $3,650.25 pursuant to 42 U.S.C. § 406(b). Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute. On receipt of this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee she was paid under the Equal Access to Justice Act (EAJA), $2,446.95, as required by statute.

  October 20, 2009                BRUCE RIFKIN
                             Clerk

                          *s/CM Gonzalez*
                         By, Deputy Clerk